This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                                                          **No. 33,751**

**JAMES YOUNG,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY**
**Jane Shuler Gray, District Judge**

Hector H. Balderas, Attorney General
Margaret McLean, Assistant Attorney General
Santa Fe, NM

for Appellee

Jorge A. Alvarado, Chief Public Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**SUTIN, Judge.**

**{1}** Defendant pled to burglary and possession of drug paraphernalia, reserving the right to appeal the denial of a motion to dismiss. On December 4, 2014, we issued a notice of proposed summary disposition in which we proposed to reverse.

**{2}** On February 2, 2015, the State filed a response with this Court, indicating that it would be filing a motion for stay with the New Mexico Supreme Court and requesting that we await a decision from that Court on the State's motion before taking further action in this case. We have done so. The New Mexico Supreme Court has recently denied the State's motion.

**{3}** Although it is less than entirely clear, the State's response may incorporate a similar request that this Court stay or hold this case in abeyance pending a decision from the New Mexico Supreme Court in *State v. Archuleta*, ____-NMCA-____, ___ P.3d. ___ (No. 32,794, Oct. 27, 2014), *cert. granted*, 2015-NMCERT-___, ___ P.3d ___ (No. 35,005, Jan. 26, 2015). To the extent that such a request is made, it is denied.

**{4}** Turning to the merits, we previously opined that Defendant's conviction for burglary cannot stand in light of this Court's decision in *Archuleta*. The State indicates that it "is unable to provide any additional facts or other legal argument in response to the proposed disposition." [MIO 2-3]

{5}     Accordingly, for the reasons stated in our notice of proposed summary disposition, we reverse and remand for further proceedings consistent therewith.

{6}     **IT IS SO ORDERED.**


_____

**JONATHAN B. SUTIN, Judge**


**WE CONCUR:**


_____

**RODERICK T. KENNEDY, Judge**


_____

**TIMOTHY L. GARCIA, Judge**